Rae Ann LOWE, Appellant,

v.

DEFENSE LOGISTICS AGENCY,
Defendant,

Division of Employment Security,
Respondent.

No. WD 64686.

Missouri Court of Appeals,
Western District.

Aug. 23, 2005.

Pro se Appellant.

Ninion S. Riley, Jefferson City, MO, for
Respondent.

Before VICTOR C. HOWARD, P.J.,
JAMES M. SMART, JR., and THOMAS
H. NEWTON, JJ.

### Order

PER CURIAM.

Rae Ann Lowe appeals from an order of
the Labor and Industrial Relations Com-
mission. Having carefully considered the
contentions on appeal, we find no grounds
for reversing the decision. Publication of
a formal opinion would not serve jurispru-
dential purposes or add to understanding
of existing law. The judgment is affirmed.
Rule 84.16(b).